# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWIN BLADIMIR GIRON MARTIR,<br><br>Defendant. | CASE NO. 18CR5545-DMS<br><br>**JUDGMENT OF DISMISSAL** |

**FILED** MAR 0 1 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_\_\_ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

   18 U.S.C. 1546

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: March 1, 2019

_____
Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE